In the Matter of the Application of S. H. LASRY & Co., INC., Appellant, to Dismiss Arbitration Proceedings Instituted by HOWLETT & HOCKMEYER Co., INC., Respondent, against Said S. H. LASRY & Co., INC.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

TAPPE, INC., Judgment Creditor, v. ROBERT T. STONE and CAROLYN F. McCOON STONE, Judgment Debtors. EDWARD J. McPIKE, Judgment Assignee, Appellant; BERNARD I. KAMEN and SOL S. OSTERTAG, Doing Business, etc., Impleaded, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Assignment of HARFORD FROCKS, INC., to LOUIS BROD and Others, for the Benefit of Its Creditors, Assignees, Respondents, and REAL SILK HOSIERY MILLS, INC., Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ALBERTINE M. LEMAIN, Respondent, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of DANIEL J. ROCK, Appellant, against PAUL Moss, Individually and as Commissioner of the Department of Licenses of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of SOLOMON S. KRAMER, Appellant, against PAUL Moss, Commissioner of Licenses of the City of New York, and THE CITY OF NEW YORK, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GASTON & COMPANY, INC., and DANIEL E. FINN, as Sheriff of the County of New York, Appellants, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent, Appellant.— Order so far as appealed from affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LORRAINE CONWAY and ELMER CONWAY, Respondents, v. PITTSBURGH PLATE GLASS COMPANY, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN W. JACKSON, Appellant, v. MARTIN MILLER, Respondent.— Order modified by eliminating item 2 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. Verified bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.